UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| TARA GORDON, *on behalf of herself and all others similarly situated,* ) ) ) | |
| Plaintiff, ) ) | No. 2:23-CV-27 RLW |
| v. ) ) | |
| PREFERRED FAMILY HEALTHCARE, INC., ) ) ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation Dismissal, (ECF No. 28),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear their own costs.

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this __8th__ day of January, 2024.